IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02555-BNB

ANDRE L. GARLINGTON,

    Plaintiff,

v.

KIT CARSON CORRECTIONAL FACILITY/CCA,
WARDEN VANCE EVERETTE, KCCC/CCA, and
UM TAMERA COOPER, KCCC/CCA,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Andre L. Garlington, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Kit Carson Correctional Center. Mr. Garlington initiated this action by submitting to the Court a **pro se** Prisoner Complaint pursuant to 42 U.S.C. § 1983 and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915 on September 29, 2011. On October 12, 2011, Magistrate Judge Boyd N. Boland granted Mr. Garlington leave to proceed **in forma pauperis**.

    The October 12 Order requires Mr. Garlington to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $3.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Garlington that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets

and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

Mr. Garlington has not communicated with the Court since September 29, 2011. Therefore, Mr. Garlington has failed either to pay the initial partial filing fee within the time allowed as designated in the October 12 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee.  Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for Mr. Garlington's failure either to pay an initial partial filing fee of $3.00 or to show cause why he has no assets and no means by which to pay the designated fee.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  22nd  day of      November      , 2011.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court