**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02555-LTB

ANDRE L. GARLINGTON,

      Plaintiff,

v.

KIT CARSON CORRECTIONAL FACILITY/CCA,
WARDEN VANCE EVERETTE, KCCC/CCA, and
UM TAMERA COOPER, KCCC/CCA,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

      Plaintiff's request for a refund of the money he paid to the Court as an initial partial filing fee, which he makes in a letter to the Court filed on December 14, 2011, (Doc. # 10) is DENIED.

Dated:  December 15, 2011

---